# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK RONALD PRAY, | ) |
| Petitioner, | ) 3: 03-cv-0608-JCM-VPC |
| vs. | ) |
| | ) **ORDER** |
| CRAIG FARWELL, *et al.,* | ) |
| Respondents. | ) |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On November 1, 2010, petitioner filed a motion for an extension of time to file his reply to respondents' answer.  (Docket #83.)   Good cause appearing, petitioner's motion is **HEREBY GRANTED**. Petitioner is granted to and including December 16, 2010, to file and serve his reply.

DATED this 4th day of November, 2010.

*[signature]*
UNITED STATES DISTRICT JUDGE